146 A.3d 465

**BAILEY**

v.

**CARSON**

No. 187, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (Nos. 888 & 889, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 465

**BANKS, Eric, Sr.**

v.

**STATE of Maryland**

Pet. Docket No. 274, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 304, Sept. Term, 2014).

Petition for writ of certiorari denied.